IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN PINDER
ADC #123397                                                                                           PLAINTIFF

V.                          CASE NO. 5:14-CV-359 JM/BD

ALVA GREEN McDOWELL, et al.                                                               DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Pinder's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Mr. Pinder states in his objections that he will suffer loss of vision and pain if the Defendants continue to deny him his medication. However, Mr. Pinder's "bare allegations are not sufficient to establish the threat of irreparable harm." *Packard Elevator v. I.C.C.*, 782 F.2d 112, 115(8th Cir. 1996). "A plaintiff seeking an injunction must show that harm has occurred in the past and is likely to occur again or that harm is certain to occur in the near future." *Id.*

Mr. Pinder's motion for preliminary injunctive relief (docket entry #4) is DENIED, without prejudice, this 6th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE