# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**STEVEN PINDER**
**ADC #123397**                                                                **PLAINTIFF**

V.                         CASE NO. 5:14-CV-359 JM/BD

**ALVA GREEN McDOWELL, et al.**                              **DEFENDANTS**

## ORDER

Mr. Pinder has moved for the Judges Moody and Deere to recuse from hearing this lawsuit. (Docket entry #10) Because Mr. Pinder has not provided any basis to provide him the relief requested, the motion (#10) is DENIED, this 14th day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE