# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**STEVEN PINDER**
**ADC #123397**                                                                              **PLAINTIFF**

**V.**                          **CASE NO. 5:14-CV-359 JM/BD**

**ALVA GREEN McDOWELL, et al.**                                                **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Pinder's claims against the Arkansas Department of Correction are DISMISSED, with prejudice.

IT IS SO ORDERED this 5th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE