# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**STEVEN PINDER**
**ADC #123397**                                                                                    **PLAINTIFF**

**V.**                          **CASE NO. 5:14-CV-359 JM/BD**

**ALVA GREEN McDOWELL, et al.**                                                **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Pinder's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's March 9, 2015 Order. The pending motions (docket entries #23, #25, #36) are DENIED, as moot.

IT IS SO ORDERED this 20th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE