# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

STEVEN PINDER
ADC #123397                                                                                      PLAINTIFF

V.                              CASE NO. 5:14-CV-359 JM/BD

ALVA GREEN McDOWELL, et al.                                                        DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Pinder's claims against Defendant Jane Doe are DISMISSED, without prejudice.

IT IS SO ORDERED, this 29th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE