# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**STEVEN PINDER**
**ADC #123397**                                                                                                                  **PLAINTIFF**

**V.**                    **CASE NO. 5:14-CV-359 JM/BD**

**ALVA GREEN McDOWELL, et al.**                                               **DEFENDANTS**

### ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendant Dominicis's motion to dismiss (docket entry #93) is DENIED, as moot. Mr. Pinder's Response (#96) is to be filed as a supplement to the amended complaint.

DATED this 15th day of April, 2016.

                                                                            _____
                                                                         UNITED STATES DISTRICT JUDGE