# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**STEVEN PINDER**
**ADC #123397**                                                                                          **PLAINTIFF**

**V.                              CASE NO. 5:14-CV-359 JM/BD**

**ALVA GREEN McDOWELL, et al.**                                                         **DEFENDANTS**

## ORDER

The Court has received and reviewed a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The pending motions for summary judgment (docket entries #114, #117, #120) are DENIED.

IT IS SO ORDERED, this 8th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE