IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN PINDER
ADC #123397                                                                                          PLAINTIFF

V.                              CASE NO. 5:14-CV-359-JM-BD

ALVA GREEN McDOWELL, et al.                                                              DEFENDANTS

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After a careful consideration of the Recommendation, Mr. Pinder's timely objections and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The motions for summary judgment filed by Maxor Pharmacy and the ADC Defendants (docket entries #160, #174) are GRANTED. Mr. Pinder's claims against Maxor Pharmacy and the ADC Defendants are DISMISSED, with prejudice.

In addition, the Medical Defendants' motion for sanctions (#158) is GRANTED. Mr. Pinder's claims against the Medical Defendants are DISMISSED, without prejudice.

Finally, Mr. Pinder's pending motions are DENIED, as moot. (#146, #152, #177, #187)

IT IS SO ORDERED, this 9th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE