# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

STEVEN PINDER,
ADC #123397                                                                 PLAINTIFF

V.                            CASE NO. 5:14-CV-359-JM-BD

ALVA GREEN MCDOWELL, et al.                                    DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from

Magistrate Judge Beth Deere. The parties have not filed objections.[1] After careful review

of the Recommendation, the Court concludes that the Recommendation should be, and

hereby is, approved and adopted as this Court's findings in all respects.

Mr. Pinder's claims against Defendants Griffin, Straughn, and Maxor Pharmacy

are DISMISSED, without prejudice, based on his failure to exhaust his administrative

remedies.[2]

IT IS SO ORDERED, this 15th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Pinder filed an objection to the appointment of United States Magistrate Judge Beth
Deere. He also asks that I recuse. The appointment of Judge Deere was appropriate in
this matter. See Local Rules for the United States District Court for the Eastern and
Western Districts of Arkansas, Rule 72.1. Further, Mr. Pinder has failed to make a
sufficient showing to require recusal in this matter. *Liteky v. United States*, 510 U.S. 540,
555, 114 S.Ct. 1147, 127 L.Ed.2d 474 (1994)*; Holloway v. United States*, 960 F.2d 1348,
1351(8th Cir. 1992)(unfavorable judicial ruling "insufficient to require disqualification
absent a showing of 'pervasive  personal bias and prejudice.' ").
[2] Mr. Pinder's motion for injunctive relief, docket # 232, is denied as moot.